IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| CALAMP WIRELESS NETWORKS CORPORATION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 3:16CV906–HEH ) |
| ORBCOMM, INC., | ) ) ) |
| Defendant. | ) |

## FINAL ORDER

THIS MATTER is before the Court on a Stipulation of Dismissal (ECF No. 50) filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). It appearing to this Court that all matters of controversy have been fully resolved and compromised, it is HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE, with each party to bear its own costs and attorneys' fees.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/
Henry E. Hudson
United States District Judge

Date: May 2, 2017
Richmond, VA